UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

IN THE MATTER OF:

COMPLAINT OF CLEARWATER
BOAT RENTALS, INC. and
TIMOTHY HARRIS,
For Exoneration from
or Limitation of Liability as the
owner of the 1999-20'
Bennington Pontoon Boat
motor vessel named
"Tooner", Identification
No. ETW0121618-99, her engine,
tackle, appurtenances, etc.

    Petitioners
_____/

CASE NO: 8:12-CV-2424-T-30AEP

### ORDER ON STIPULATION FOR VALUE, MONITION AND INJUNCTION

A Complaint has been filed herein on the 25th day of October, 2012, by Petitioners, CLEARWATER BOAT RENTALS, INC., as the owner of the "Tooner" 1999- 20' Bennington Pontoon Motor Vessel, Hull Identification Number HIN: ETW012161899, her engine, tackle, appurtenances, etc. ("the Motor Vessel") and TIMOTHY HARRIS, by and through their undersigned counsel, claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501-30512, together with all statutes supplementary thereto and amendatory thereof, and Supplemental Rule F and Local Admiralty Rule 7.06, and also contesting its liability independently of the limitation of liability claim under said Act for any loss, damage, deaths, personal injuries, damage or destruction of property or other occurrences arising

CASE NO:
ORDER ON STIPULATION FOR VALUE,
MONITION AND INJUNCTION

from the incident described in said Complaint which occurred on August 1, 2011, and said Complaint also stating the facts and circumstances on which such exoneration from or limitation of liability is claimed; and on hearing counsel for the Petitioners and on considering the Complaint and the Affidavit of Value which are on file herein, and that the Petitioners are able and willing to make such increases or decreases in the Stipulation for Value, together with adequate surety as the Court may from time to time require, as the value of the Petitioners' interest in the Motor Vessel can be more definitively ascertained, the Court finds that a Stipulation for Value in the amount of $13,500.00 is adequate to fully cover the value of Petitioners' interest in the Motor Vessel, her engines, tackle, appurtenances, etc.

NOW, on motion of Cole, Scott & Kissane, P.A., Attorneys for the Petitioners, it is hereby ORDERED that the Petitioners file herein a Stipulation for Value related to Petitioner's interest in the Motor Vessel, as fixed by the Court herein in the amount of $13,500.00, with subject to such increases or decreases in the amount of such Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court; and it is further

ORDERED that any party, including the Petitioners, may apply to have the amount of said Stipulation increased or decreased, as the case may be, on the filing of the report of the Commissioner appointed, if any, to appraise the amount or value of the Petitioners' interest in said Motor Vessel or upon the ultimate determination by the Court on exceptions to the Commissioner's report; and it is further

ORDERED that if the amount of said Stipulation is not contested by any Claimant herein,

(2)

CASE NO:
ORDER ON STIPULATION FOR VALUE,
MONITION AND INJUNCTION

said Stipulation shall stand and an appraisal by a Commissioner will not be required; and

NOW, THEREFORE, it is ORDERED that a Monition issue out of and under the seal of this Court against all persons or corporations claiming damage for any and all loss or injuries caused by or resulting from the incident set forth in the Complaint, citing them to file their respective claims with the Clerk of this Court, and to serve on or mail to the attorneys for the Petitioners copies thereof on or before the 6th day of December, 2012, and that all persons or corporations so presenting claims and desiring to contest the allegations of the Complaint shall file an answer to the Complaint in this Court and shall serve on or mail to the attorneys for the Petitioners' copies thereof; and

IT IS FURTHER ORDERED that a public notice of said Monition be given by publication in the Tampa Bay Times, Tampa, FL, once each week for four (4) successive weeks before the return day of said monition, or as otherwise required by the Local Admiralty Rules, and that not later than the date of the second publication, a copy of said notice be mailed by the Petitioners to every person or corporation known to have a claim against the Petitioners arising out of the casualty set forth in the Complaint; and

IT IS FURTHER ORDERED that an injunction be issued staying further prosecution of and the taking of any steps or actions, suits or legal proceedings pending in any court whatsoever, and the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court wherever, except in these proceedings, in respect to any claim arising out of or in connection with the casualty set forth in the Complaint herein.

DONE AND ORDERED this 5 day of Nov, 2012.

CASE NO:
ORDER ON STIPULATION FOR VALUE,
MONITION AND INJUNCTION

By:_____
United States District Judge

Copies furnished to:

Attorney for Petitioners, Melissa L. Button, Esq., Cole, Scott & Kissane, P.A., Dadeland Centre II, 9150 South Dadeland Boulevard, Suite 1400, Miami, FL 33156

Attorney for Potential Claimant, Jorge L. Maxion, Esq., Lytal & Reiter, 515 N. Flagler Drive, West Palm Beach, FL 33401-4350 (email: jmaxion@foryourrights.com).

(4)