UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

IN ADMIRALTY

IN THE MATTER OF:                          CASE NO:

COMPLAINT OF CLEARWATER          8:12-CV-2424-T-30AEP
BOAT RENTALS, INC. and
TIMOTHY HARRIS,
For Exoneration from
or Limitation of Liability as the
owner of the 1999-20'
Bennington Pontoon Boat
motor vessel named
"Tooner", Identification
No. ETW0121618-99, her engine,
tackle, appurtenances, etc.

                 Petitioners

_____/

## MONITION

TO THE PRESIDENT OF THE UNITED STATES OF AMERICA.

THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED

STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

GREETINGS:

WHEREAS, a Complaint was filed in the United States District Court for the Middle District

of Florida, on October 25th, 2012, Petitioners, CLEARWATER BOAT RENTALS, INC. as the

owner of the subject vessel of the "Tooner" 1999- 20' Bennington Pontoon Motor Vessel, Hull

Identification Number HIN: ETW012161899, her engine, tackle, appurtenances, etc. ("the Motor

Vessel") and TIMOTHY HARRIS (hereinafter referred to as "Petitioners"), for exoneration from or

limitation of liability concerning any and all loss, damage, injury, or destruction occasioned by or

arising out of the incident set forth in the Complaint, for the reasons and causes in the Complaint mentioned, and praying that monition and injunction for those reasons be issued, and that all persons or corporations claiming for any and all loss, damage, injury or destruction caused by or resulting from the incident set forth in the Complaint be cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all proceedings to be had, and if it shall appear that the Petitioners are not liable for any loss, damage, destruction or injury, it may be so finally decreed by this Court;

**YOU ARE THEREFORE COMMANDED TO CITE ALL PERSONS OR CORPORATIONS** in respect to which Petitioners seek limitation to file respective claims with the Clerk of this Court and to serve on or to mail to the attorneys for the Petitioners copies thereof on or before December 6th, 2012, and citing such claimants to appear and answer the Complaint herein on or before the last named day or within such further time as the Court may grant, and once completed to then make return to the Court together with this Writ,

Witness the Honorable _JAMES S. moody, JR._ , Judge of the United States District Court for the Middle District of Florida, this _5_ day of _November,_ 2012.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

By _John S. Moody Jr._