UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF:
COMPLAINT OF CLEARWATER
BOAT RENTALS, INC. and
TIMOTHY HARRIS,
For Exoneration from
or Limitation of Liability as the	CASE NO: 8:12-CV-2424-T-30AEP
owner of the 1999-20'
Bennington Pontoon Boat
motor vessel named
"Tooner", Identification
No. ETW0121618-99, her engine,
tackle, appurtenances, etc.

_____Petitioners._____

ORDER

The Court has been advised via a Notice of Settlement (Dkt. #47) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of April, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record